Order issued: December 2/ , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01582-CV

## IN THE INTEREST OF K.A.F., D.A.F., AND A.L.F., CHILDREN

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-08-18472-Z

## ORDER

On December 17, 2012, Glenda Johnson, Official Court Reporter for the 256th Judicial District Court of Dallas County, Texas, filed a second motion for an extension of time to file the reporter's record. We **GRANT** the motion. The reporter's record shall be filed on or before **December 28, 2012.**

CAROLYN WRIGHT
CHIEF JUSTICE